Jon R. Giffen (SBN 142158)
Ryan C. Donlon (SBN 229292)
KENNEDY, ARCHER & GIFFEN
24591 Silver Cloud Court, Suite 200
Monterey, CA  93940
Tel:  (831) 373-7500
Fax: (831) 373-7555
Email: jgiffen@kaglaw.net
           rdonlon@kaglaw.net

Attorneys for Petitioner/Applicant
DR. ANIMESH MISHRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF DR. ANIMESH MISHRA FOR ORDER OF JUDICIAL ASSISTANCE | Case No.:<br><br>**APPLICATION FOR ORDER OF JUDICIAL ASSISTANCE**<br>**(28 USC § 1782)**<br><br><u>FILED CONCURRENTLY HEREWITH</u>:<br>Memorandum of Points & Authorities; Declaration of Dr. Animesh Mishra; Declaration of Mark Steele; Proposed Order; Proposed Subpoenas |

COMES NOW petitioner and applicant Dr. Animesh Mishra, hereby respectfully applying to this Court for an order of judicial assistance pursuant to 28 U.S.C. § 1782. Dr. Mishra applies for an order authorizing the issuance of document and testimony subpoenas to be issued to respondents Google, LLC and RateMDs, Inc. ("Google" and "RateMDs," respectively, "Respondents," collectively), for Dr. Mishra's use in a civil judicial proceeding that he intends to pursue in the courts of Queensland, Australia, or such courts as may be appropriate based on the information to be discovered by and through the subpoenas requested hereby.

Dr. Mishra's application is based on the declarations, memorandum, and proposed order and subpoenas submitted herewith and hereby incorporated into this application, and upon such further matter as may be submitted to the Court.

1    Pursuant to rule 44.1 of the Federal Rules of Civil Procedure Dr. Mishra hereby gives notice that it intends to raise an issue about the law of a foreign country, to wit, that of Queensland, Australia.  Toward that end, Dr. Mishra respectfully submits herewith the declaration of Mark Steele, a solicitor qualified by the Queensland Law Society.

    WHEREFORE, Dr. Mishra respectfully prays that the Court shall give its judicial assistance pursuant to 28 U.S.C. § 1782 and cause to be issued the document and testimony deposition subpoenas upon Google and RateMDs, and for such other relief as may be just and appropriate.

Dated:  December 15, 2022                            KENNEDY, ARCHER & GIFFEN

                                          By:   /s/ *Ryan Donlon*
                                                   Ryan Donlon

                                          Attorneys for Applicant
                                          DR. ANIMESH MISHRA